# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                            **Case No. 06-CR-65**

-vs-

**PETER T. OLSON,**

        **Defendant.**

## ORDER

Before the Court is defendant, Peter T. Olson's ("Olson"), appeal from Magistrate Judge William Callahan's denial of his motion to suppress evidence obtained in connection with the execution of a search warrant issued by Magistrate Judge James Sickel as well as any statements resulting from said execution.

The Court has reviewed the record and read the submissions. It has carefully analyzed Olson's reasons for his disagreement with the Magistrate Judge and rules as follows:

The Court will adopt as its opinion in this case the conclusions, and the rationale supporting those conclusions, reached by Magistrate Judge Callahan. Olson's motion to suppress the evidence is denied.

Dated at Milwaukee, Wisconsin, this 14th day of September, 2006.

                                                  **SO ORDERED,**

                                                 s/ Rudolph T. Randa
                                                 **HON. RUDOLPH T. RANDA**
                                                 **Chief Judge**